## IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

KATINA WILCHER,

              Plaintiff,

    v.

CHAMPAIGN UNIT 4 SCHOOL DISTRICT, the BOARD OF EDUCATION OF CHAMPAIGN UNIT 4 SCHOOL DISTRICT, SHEILA BOOZER, and KEN KLEBER,

              Defendants.

Case No. 2:24-cv-02240-CSB-EIL

### DEFENDANTS' PARTIAL MOTION TO DISMISS
### PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendants CHAMPAIGN COMMUNITY UNIT SCHOOL DISTRICT NO. 4 ("the District"), BOARD OF EDUCATION OF CHAMPAIGN COMMUNITY UNIT SCHOOL DISTRICT NO. 4 ("the Board"), SHELIA BOOZER, and KEN KLEBER, by and through their attorneys and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, move to dismiss certain claims in Plaintiff's First Amended Complaint with prejudice for failure to state a claim. In support of their Motion, Defendants submit the accompanying Memorandum of Law. The bases for Defendants' Motion are as follows:

1.      Plaintiff's First Amended Complaint contains six counts, alleging claims under federal and Illinois state law. Counts I and II assert claims of retaliation and hostile work environment under the Illinois Human Rights Act ("IHRA"), 775 ILCS 5/101 *et seq.*; Counts III and IV assert claims of retaliation and hostile work environment under Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. §2000e *et seq.*; Count V asserts violations of the Family and Medical Leave Act ("FMLA"), 29 U.S.C. §2601 *et seq.*; and Count VI asserts a common law claim

for negligent hiring and negligent retention. The First Amended Complaint is pled so that all four named Defendants are defendants to all six counts.

2.      Individual Defendants Boozer and Kleber are not proper parties to the IHRA and Title VII claims in Counts I, II, III, and IV because neither statute provides for individual liability.

3.      The discrimination and hostile work environment claims asserted under the IHRA and Title VII in Counts II and IV must also be dismissed because they are outside of the scope of the underlying administrative charge that Plaintiff dually filed with the Illinois Department of Human Rights and U.S. Equal Employment Opportunity Commission.

4.      To the extent that Plaintiff's IHRA and Title VII claims (Counts I, II, III, and IV) complain of discrete acts occurring more than 300 days before Plaintiff filed her IDHR/EEOC Charge, such claims are time-barred. The Charge was filed on May 23, 2023, and 300 days prior to that date is July 27, 2022.

5.      The negligent hiring and negligent retention claim in Count VI fails for the additional reasons that it is time-barred under the one-year limitations period in the Local Governmental and Governmental Employees Tort Immunity Act, 745 ILCS 10/1–101 *et seq.*, and is preempted by the IHRA under the Illinois Supreme Court's decision in *Geise v. Phoenix Co. of Chicago, Inc.*, 159 Ill.2d 507 (1994).

WHEREFORE, for the reasons stated above and discussed in the accompanying Memorandum of Law, Defendants respectfully request that this Court enter an order:

(1) Dismissing Defendants Boozer and Kleber as parties to Plaintiff's IHRA and Title VII claims in Counts I, II, III, and IV;

(2) Dismissing the discrimination and hostile work environment claims in Counts II and IV as outside of the scope of Plaintiff's Charge;

3378345.3

(3) Dismissing the negligent hiring and retention claim in Count VI as both untimely under the Tort Immunity Act and preempted by the IHRA; and

(4) Limiting any surviving IHRA and Title VII claims to only those events occurring within 300 days of the filing of Plaintiff's Charge, i.e., after July 27, 2022.

Dated: December 5, 2024                    Respectfully submitted,

**CHAMPAIGN COMMUNITY UNIT SCHOOL DISTRICT NO. 4, BOARD OF EDUCATION OF CHAMPAIGN COMMUNITY UNIT SCHOOL DISTRICT NO. 4, SHELIA BOOZER, and KEN KLEBER**, Defendants.

By: */s/ Tracey L. Truesdale*
                    One of Their Attorneys

Caroline K. Kane
ckk@franczek.com
Tracey L. Truesdale
tlt@franczek.com
Hailey M. Golds
hmg@franczek.com
FRANCZEK P.C.
300 S. Wacker Drive, Suite 3400
Chicago, IL 60606
(312) 986-0300

3378345.3

**<u>CERTIFICATE OF SERVICE</u>**

This is to certify that on December 5, 2024, I have electronically filed a true and correct copy of the foregoing **DEFENDANTS' PARTIAL MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** with the Clerk of the Court using the CM ECF Filing System, which will send notification of such filing to all parties of record, namely:

> Jamie S. Franklin
> C-K Law Group
> 565 West Adams Street
> Suite 600
> Chicago, IL 60661
> Jfranklin5@kentlaw.iit.edu

*/s/ Tracey L. Truesdale*

3378345.3