# EXHIBIT A

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.<br>#23M0613.20 | AGENCY<br>☒ IDHR<br>☐ EEOC | CHARGE NUMBER<br>2023SE1707<br>440-2023-05048 |
|---|---|---|

## Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (indicate Mr. Ms. Mrs.)<br>Katina Wilcher | | TELEPHONE NUMBER (include area code)<br>(217) 390-2268 | |
|---|---|---|---|
| STREET ADDRESS<br>609 Crestwood Dr. | CITY, STATE AND ZIP CODE<br>Champaign, IL 61822 | | DATE OF BIRTH<br>MM / DD / YYYY |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT<br>Champaign Unit 4 Schools | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE NUMBER (include area code)<br>(217) 351-3822 |
|---|---|---|
| STREET ADDRESS<br>703 S. New St. | CITY, STATE AND ZIP CODE<br>Champaign, IL 61820 | COUNTY<br>Champaign |

| CAUSE OF DISCRIMINATION BASED ON:<br><br>Retaliation | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA)  LATEST (ALL)<br>4/11/2023<br>☒ CONTINUING ACTION |
|---|---|

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

**S E E   A T T A C H E D**

Page 1 of 2

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that the undersigned verily believes the same to be true. [735 ILCS 5/1-109]

X _[signature]_ 6-29-23
SIGNATURE OF COMPLAINANT    DATE

EEO-5 FORM (Rev. 12/2020-INT)

EEOC Form 5

**EEOC RECEIVED: May 23, 2023**     23m061320

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To:  [ ] FEPA    [X] EEOC

Agency(ies) Charge No(s): 2023SE1707  440-2023-05048

**Illinois Department of Human Rights** and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Katina Wilcher | 217-390-2268 | |

Street Address: 609 Crestwood Dr., Champaign, IL 61822

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Champaign Unit 4 Schools | 100+ | 217-351-3822 |

Street Address: 703 South New Street, Champaign, IL 61820

DISCRIMINATION BASED ON (Check appropriate boxes.):
[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: April 11, 2023    Latest:
[X] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

Ms. Wilcher was hired by the Respondent on or around August of 2001, resulting in a tenure of about 23 years. Her position began as school social worker. Since then, she has been promoted at various times, most recently in July 2021 as Director of Leading Individuals & Family Transformation ("LIFT"). In April of 2022, Ms. Wilcher reached out to Human Resources and her director supervisor regarding a safety concern she had with her work environment. She had learned that the District was re-hiring her former abusive partner and that she would need to be in the same space as him on a regular basis. This is a man with a history and propensity towards violence- so much so that he has a reputation in the community. After she informed them of this, they continued to insist that she participate in those meetings where he would be present. They considered her complaint not yet ripe, however, she did not feel safe sharing space with him. They hired him 7 days after she informed them of the history. She began to receive reprimands and was constantly scrutinized in her work after she refused to attend these in person meetings. She filed two complaints with IDHR. This complaint follows as she was retaliated against after filing those complaints and has now been demoted to a lower position as of April 24, 2023. We understand her former partner has been recently fired for physically assaulting a student, further confirming Ms. Wilcher's concerns. Ms. Wilcher believes that she was discriminated against and retaliated against in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

May 23, 2023    [signature]
Date    Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)