IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| KATINA WILCHER, | ) |
| *Plaintiff,* | ) ) ) Case No. 2:24-cv-02240-CSB-EIL |
| v. | ) ) |
| CHAMPAIGN UNIT 4 SCHOOL DISTRICT, the BOARD OF EDUCATION OF CHAMPAIGN UNIT 4 SCHOOL DISTRICT, SHEILA BOOZER, and KEN KLEBER, | ) ) ) ) ) |
| *Defendants.* | ) |

**PLAINTIFF'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO COMPLETE FACT DISCOVERY**

Plaintiff Katina Wilcher, by and through counsel, moves for an extension of time to complete fact discovery to and including October 16, 2025. In support, Plaintiff states as follows:

1. Fact discovery is currently set to close in this case on July 18, 2025.

2. The parties have exchanged one round of written discovery and made their initial Rule 26(a)(1) disclosures.

3. On November 22, 2024, Defendant served Plaintiff with a notice of deposition, scheduling Plaintiff's deposition for January 30, 2024. Plaintiff's counsel served deposition notices on Defendants Ken Kleber and Sheila Boozer through counsel on November 22, 2024, scheduling those depositions for February 3 and 4, 2025. As of the date of this motion, no depositions have been scheduled because written discovery is ongoing.

4. On May 15, 2025, Defendants' counsel sent a letter requesting that Plaintiff supplement her written discovery responses, which included Defendants' first set of requests for admission. On June 16, 2025, Plaintiff provided her answers to the requests for admission.

5.     The parties have drafted a protective order to facilitate the production of certain documents, which they intend to submit to the Court for entry next week.

6.     On July 7, 2025, Plaintiff's counsel sent a letter requesting that Defendants supplement their written discovery responses. Defendants acknowledged receipt of this letter and indicated that they intend to respond in writing. The parties remain engaged in discussions regarding supplementing written discovery.

7.     On June 20, 2025, Defendants' counsel filed a motion to compel disclosure of Ms. Wilcher's medical records dating back to 2001. Plaintiff's counsel filed a response in opposition to the motion on July 7, 2025.

8.     This is the parties' first request for an extension of time to extend the discovery schedule. This motion is made in good faith, as an extension is necessary to complete the discovery process.

9.     The undersigned certifies that she has conferred with counsel for Defendants concerning this motion. It is unopposed. Accordingly, Plaintiff requests that the discovery schedule in this case be extended by ninety days, to and including October 16, 2025.

WHEREFORE, the Plaintiff requests that the discovery schedule be extended to and including October 16, 2025.

Respectfully Submitted July 16, 2025

*/s Jamie S. Franklin*

Jamie S. Franklin
C-K Law Group
565 West Adams Street, Suite 600
Chicago, IL 60661
(312) 906-5048 (direct)
(773) 696-1478 (fax)
(312) 498-5143 (mobile)
jfranklin5@kentlaw.iit.edu

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that on this July 16, 2025, she caused a true and correct copy of the foregoing Plaintiff's Unopposed Motion to Extend the Discovery Cutoff be filed with the Clerk of the Court using the CM-ECF Filing system, which electronically serves a copy upon the following counsel of record.

      /s/ Jamie S. Franklin

      Jamie S. Franklin

Service List:

Caroline K. Kane (ckk@franczek.com)
Sally J. Scott (sjs@franczek.com)
FRANCZEK P.C.
300 S. Wacker Drive
Suite 3400
Chicago, IL 60606