| | |
|---|---|
| From: | Kane, Caroline K. |
| To: | "Jamie Franklin" |
| Cc: | Nally, Patrick |
| Subject: | RE: [Ext]RE: Wilcher v. Champaign Unit 4 School District - deficiency letter |
| Date: | Tuesday, September 30, 2025 9:47:43 AM |
| Attachments: | Wilcher Authorization - Dr. Rakisha Wilks.pdf |
| | Wilcher Authorization - Dr. Carla Samuel-Parks.pdf |
| | Wilcher Authorization - Rush Pain Center.pdf |
| | Wilcher Authorization - Rush Ortho.pdf |
| | Wilcher Authorization - Dr. Sarah Whalen.pdf |
| | image001.png |
| | image002.png |
| | image003.png |

Hi Jaime,

I am following up to our call on Friday of last week. Pursuant to your request, we filled in the top portion of the medical release form that we agreed to back in April of this year. Please send us the executed versions as soon as possible so that we can issue our subpoenas.

Thank you,
Caroline

**From:** Kane, Caroline K.
**Sent:** Friday, September 26, 2025 11:02 AM
**To:** 'Jamie Franklin' <jfranklin5@illinoistech.edu>
**Subject:** RE: [Ext]RE: Wilcher v. Champaign Unit 4 School District - deficiency letter

Hi Jaime,

Does now still work? I am waiting on the line.

Thank you,
Caroline

**From:** Kane, Caroline K.
**Sent:** Thursday, September 25, 2025 1:29 PM
**To:** Jamie Franklin <jfranklin5@illinoistech.edu>
**Subject:** RE: [Ext]RE: Wilcher v. Champaign Unit 4 School District - deficiency letter

Jamie,

I will send an invite for 11.

Thank you,
Caroline

EXHIBIT A

**From:** Jamie Franklin <jfranklin5@illinoistech.edu>
**Sent:** Thursday, September 25, 2025 11:35 AM
**To:** Kane, Caroline K. <ckk@franczek.com>
**Subject:** Re: [Ext]RE: Wilcher v. Champaign Unit 4 School District - deficiency letter

Caroline, how does your Friday look? I am free between 11 and 1.

Best,
Jamie

Jamie S. Franklin

Associate Clinical Professor of Law

Supervising Attorney for the Civil Litigation Clinic

Chicago-Kent College of Law

565 West Adams Street, Suite 600

Chicago, IL 60661

(312) 906-5048 (direct)

(773) 696-1478 (fax)

(312) 498-5143 (mobile)

jfranklin5@illinoistech.edu

www.civillitigationclinic.com

Chicago-Kent College of Law | ILLINOIS TECH

---

**From:** Kane, Caroline K. <ckk@franczek.com>
**Date:** Monday, September 22, 2025 at 10:35 AM
**To:** Jamie Franklin <jfranklin5@illinoistech.edu>
**Subject:** RE: [Ext]RE: Wilcher v. Champaign Unit 4 School District - deficiency letter

Hi Jaime,

I am following up on my request for a Rule 37 conference. Please let me know if you are available this week. I am generally available tomorrow, anytime. Wednesday, after 11:30 and Thursday, anytime.

EXHIBIT A

Thanks,
Caroline

---

**From:** Kane, Caroline K.
**Sent:** Wednesday, September 17, 2025 11:53 AM
**To:** 'Jamie Franklin' <jfranklin5@illinoistech.edu>
**Subject:** RE: [Ext]RE: Wilcher v. Champaign Unit 4 School District - deficiency letter

Hi Jamie,

I can be available tomorrow at 11:00 or after 3:30. I am also free on Friday at 11:00 or 2:00. Let me know what works on your end.

---

**From:** Jamie Franklin <jfranklin5@illinoistech.edu>
**Sent:** Monday, September 15, 2025 8:44 AM
**To:** Kane, Caroline K. <ckk@franczek.com>
**Subject:** Re: [Ext]RE: Wilcher v. Champaign Unit 4 School District - deficiency letter

Caroline, please suggest some dates/times this week.

Best,
Jamie

Jamie S. Franklin

Associate Clinical Professor of Law

Supervising Attorney for the Civil Litigation Clinic

Chicago-Kent College of Law

565 West Adams Street, Suite 600

Chicago, IL 60661

(312) 906-5048 (direct)

(773) 696-1478 (fax)

(312) 498-5143 (mobile)

jfranklin5@illinoistech.edu

www.civillitigationclinic.com

Chicago-Kent College of Law | ILLINOIS TECH

---

EXHIBIT A

**From:** Kane, Caroline K. <ckk@franczek.com>
**Date:** Tuesday, September 9, 2025 at 2:00 PM
**To:** Jamie Franklin <jfranklin5@illinoistech.edu>
**Subject:** RE: [Ext]RE: Wilcher v. Champaign Unit 4 School District - deficiency letter

Jaime,

The medical records were due yesterday. (Docket No. 21). The Court adopted the protective order on August 25th, meaning the records were due on September 8. Putting that aside, if you recall, I raised this issue with you during our Rule 37 conference prior to filing the motion to compel. I asked you directly if the Plaintiff received treatment when she alleged that the abuse occurred. If she didn't, then this would be a non-issue. I also served the attached requests for admission before filing the motion to compel in an effort to find out if there were documents at issue. Plaintiff submitted verified responses indicating that she did in fact receive treatment during the relevant time period. Therefore, I moved forward with filing the motion to compel with the understanding that there were records at issue. Plaintiff has now contradicted her verified response, which premised the basis for Defendant's motion. Further, Plaintiff has not provided us with the medical records that she agrees are relevant from the doctors disclosed on her interrogatories, nor has she provided a signed release so that we can subpoena them.

At this point, I am requesting another Rule 37 conference with you so that we can discuss and I can move forward with seeking court intervention if necessary. Please let me know your availability.

Thank you,
Caroline

---

**From:** Jamie Franklin <jfranklin5@illinoistech.edu>
**Sent:** Tuesday, September 9, 2025 12:26 PM
**To:** Kane, Caroline K. <ckk@franczek.com>
**Subject:** Re: [Ext]RE: Wilcher v. Champaign Unit 4 School District - deficiency letter

Caroline,

According to the Court's order, we are scheduled to provide you with medical records related to the prior abuse by Scott Savage by tomorrow (I believe). I have consulted with Ms. Wilcher, and she has confirmed that she did not seek any medical treatment related to the abuse during the time it was taking place.

Best,
Jamie

EXHIBIT A