### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| KATINA WILCHER,<br><br>              Plaintiff,<br><br>v.<br><br>CHAMPAIGN UNIT 4 SCHOOL DISTRICT,<br>the BOARD OF EDUCATION OF<br>CHAMPAIGN UNIT 4 SCHOOL DISTRICT,<br>SHEILA BOOZER, and KEN KLEBER,<br>              Defendants. | Case No. 2:24-cv-02240-CSB-EIL |

### DEFENDANTS' PETITION FOR ATTORNEYS' FEES

Defendants the Board of Education of Champaign Community Unit School District #4, Shelia Boozer and Ken Kleber petition the Court to require Plaintiff to pay their attorneys' fees pursuant to its Motion to Dismiss or for Alternative Relief [Dkt. No. 26]. In support of this Petition, and to supplement its Motion to Dismiss or for Alternative Relief, Defendants state as follows:

1. On October 17, 2025, Defendants filed a Motion to Dismiss or For Alternative Relief. Dkt. No. 26. In short, Plaintiff provided misleading responses to Defendants' discovery requests, unnecessarily increasing the costs of litigation, and sanctions are proper for the reasons set forth in that motion. As part of its request for relief, Defendants seek to recover the attorneys' fees and costs incurred in obtaining the order entered on August 7, 2025, granting the Motion to Compel, as well as its fees incurred in bringing the Motion to Dismiss or for Alternative Relief.

2. On December 22, 2025, this Court entered an order directing Defendants to supplement their Motion to Dismiss or for Alternative Relief with evidence of all expenses incurred, including attorney fees, associated with its Motion to Compel [Dkt. No. 18] and the pending Motion to Dismiss [Dkt. No. 26].

3475235.2

3. Attached as **Exhibit 1** is Attorney Caroline K. Kane's Declaration and the relevant billing entries and invoices associated with Defendants' attorneys' fees incurred, totaling $8,687.00. This amount is limited to amounts incurred in communicating with Plaintiff's counsel regarding the deficiencies in discovery leading up to the motion to compel, as well as the time spent researching and drafting the motion to compel. It also includes the fees incurred in researching and drafting the pending Motion to Dismiss or for Alternative Relief.

4. Attorney Kane's hourly rate charged is $270 per hour. Ms. Kane is a Partner at Franczek P.C. and has nine years of litigation experience. Defendants seek 22.1 hours of attorney services completed by Ms. Kane.

5. Attorney Kane took a predominate role with respect to communicating with Plaintiff's counsel and drafting the Defendants' written communications to Plaintiff related to the dispute as well as the Motion to Compel and Motion to Dismiss.

6. Attorney Sally J. Scott is a Partner at Franczek P.C. and has been practicing labor and employment law for more than thirty years. Attorney Scott's hourly rate charged in this matter is $270 per hour. Defendants seek 1.0 hours of attorney services completed by Ms. Scott to review the strategy regarding the motion to compel and for sanctions. A true and correct copy of Ms. Scott's Declaration is attached as **Exhibit 2**.

7. Attorney Reva Ghadge is an Associate at Franczek P.C. with five years of experience. Attorney Ghadge conducted research in order to respond to Plaintiff's request for case law supporting the request for medical records, which was utilized in communicating with Plaintiff, as well as in the related to the motion to compel. Attorney Ghadge also assisted in drafting portions of that motion.

3475235.2

8. Defendants seek 9.8 hours of attorney services completed by Attorney Ghadge at her rate of $250 per hour. A true and correct copy of Ms. Ghadge's Declaration is attached as **Exhibit 3**.

9. The fees incurred by Defendants are reasonable and the rates charged were set by the insurance company.

10. All of the charges Defendants incurred were appropriate and necessary to compel Plaintiff's compliance with discovery as well as the order entered by this Court on August 7, 2025. Defendants are seeking only the fees directly related to Plaintiff's noncompliance in discovery which prompted the filing of the Motion to Compel and the Motion to Dismiss or for Alternative Relief.

WHEREFORE, Defendants respectfully ask this Court to enter an order granting Defendants' Motion to Dismiss and For Alternative Relief, and order Plaintiff to pay $8,687.00, and for all other relief this Court deems fair and proper.

Dated: January 9, 2026                                  Respectfully submitted,

**CHAMPAIGN COMMUNITY UNIT SCHOOL DISTRICT NO. 4, BOARD OF EDUCATION OF CHAMPAIGN COMMUNITY UNIT SCHOOL DISTRICT NO. 4, SHEILA BOOZER, and KEN KLEBER**, Defendants.

By: */s/ Caroline K. Kane- 6324144*
One of Their Attorneys

Caroline K. Kane (ARDC #6324144)
(ckk@franczek.com)
Sally J. Scott (ARDC #6204350)
(sjs@franczek.com)
FRANCZEK P.C.
300 S. Wacker Drive, Suite 3400
Chicago, IL 60606
(312) 986-0300

3475235.2

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on this 9th day of January, 2026, she caused a true and correct copy of the foregoing **DEFENDANTS' PETITION FOR ATTORNEYS' FEES** to be filed with the Clerk of the Court using the CM-ECF Filing system which electronically serves a copy upon the following counsel of record:

> Jamie S. Franklin
> C-K Law Group
> 565 West Adams Street
> Suite 600
> Chicago, IL 60661
> Jfranklin5@kentlaw.iit.edu

         /s/ Caroline K. Kane - 6324144

3475235.2