E-FILED
Friday, 09 January, 2026  08:59:37 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| KATINA WILCHER,<br>          Plaintiff,<br>     v.<br><br>CHAMPAIGN UNIT 4 SCHOOL DISTRICT,<br>the BOARD OF EDUCATION OF<br>CHAMPAIGN UNIT 4 SCHOOL DISTRICT,<br>SHEILA BOOZER, and KEN KLEBER,<br>          Defendants. | Case No. 2:24-cv-02240-CSB-EIL |

**DECLARATION OF CAROLINE K. KANE IN SUPPORT OF DEFENDANTS'**
**PETITION FOR ATTORNEYS' FEES**

1.      I am counsel of record in the above captioned matter for Defendants.

2.      I reviewed the actual time entries and billing statements to Defendants in connection with our defense of this matter.

3.      Attached hereto as **Exhibit A** is a schedule of the time entries related to the attorneys' fees Defendants incurred in communicating with Plaintiff regarding the discovery dispute and in preparing the motion to compel and the motion to dismiss. As set forth in the attached, Attorney Kane devoted a total of 22.1 hours of billable time, Attorney Scott devoted 1.0 hour of billable time, and Attorney Ghadge devoted 9.8 hours of billable time.

4.      Attached hereto as **Exhibit B** is a copy of the invoices for payment of the attorneys' fees Defendants incurred related to the same.

5.      The work reflected in **Exhibit A** and **Exhibit B** is billed to Defendants at the rate of $250-$270 per hour. Accordingly, Defendants incurred a total of $8,687.00 in fees for work completed by Attorney Kane, Attorney Scott and Attorney Ghadge.

EXHIBIT 1

6.     Attorney Kane's hourly rate charged is $270 per hour. Ms. Kane is a Partner at Franczek P.C. and has nine years of litigation experience. Defendants seek 22.1 hours of attorney services completed by Ms. Kane as detailed within **Exhibit A** and **Exhibit B**. This rate is set by the insurance company and reflects what the insurance company has determined to be customary and reasonable for employment litigation matters.

7.     Attorney Scott's hourly rate charged is $270 per hour. Ms. Scott is a Partner at Franczek P.C. and has been practicing labor and employment law for more than thirty years. Defendants seek 1.0 hours of attorney services completed by Ms. Scott to review the strategy regarding the motion to compel and for sanctions. The rate of $270 per hour is set by the insurance company for employment litigation matters.

8.     Attorney Reva Ghadge is an Associate at Franczek P.C. who assisted with this matter in both researching and preparing the motion to compel as well as other related written communications to Plaintiff's Counsel. Attorney Reva Ghadge completed 9.8 hours of billable work and such work is billed to Defendants at the rate of $250 per hour, which is set by the insurance company for employment litigation matters. Attorney Ghadge has five years of litigation experience.

9.     The Defendants are seeking payment of $8,687.00 for work completed by Attorney Kane, Attorney Scott and Attorney Ghadge as detailed within **Exhibit A** and **Exhibit B**.

10.     All of the charges Defendants incurred were appropriate and necessary to compel Plaintiff to comply with discovery and in bringing both the Motion to Compel and the pending Motion to Dismiss.

EXHIBIT 1

I declare under penalty of perjury, that the foregoing is true and correct.


_____
Caroline K. Kane

Dated: January 9, 2026

EXHIBIT 1

**WebTime Query Report**
0298 - Caroline K. Kane

| Date | Client | Client Name | Matter | Matter Description | SM/Task | Service | Hours | Billable Amount | Rate | Narrative |
|------|--------|-------------|--------|--------------------|---------|---------|-------|-----------------|------|-----------|
| 04/23/2025 | 00253 | Champaign Community Unit School District | 000051 | Wilcher v Champaign CUSD 4 et al24cv2240 | L310 | 10000 | 0.20 | 54.00 | 1 | Follow up with Plaintiff's counsel regarding deficiencies in discovery for the purpose of determining if motion to compel is needed. |
| 04/29/2025 | 00253 | Champaign Community Unit School District | 000051 | Wilcher v Champaign CUSD 4 et al24cv2240 | L390 | 10000 | 0.20 | 54.00 | 1 | Telephone conference with J. Franklin regarding outstanding discovery issues related to medical. |
| 05/02/2025 | 00253 | Champaign Community Unit School District | 000051 | Wilcher v Champaign CUSD 4 et al24cv2240 | L310 | 10000 | 0.20 | 54.00 | 1 | Draft email correspondence to Plaintiff's counsel regarding outstanding discovery issues related to medical issues. |
| 05/05/2025 | 00253 | Champaign Community Unit School District | 000051 | Wilcher v Champaign CUSD 4 et al24cv2240 | L390 | 10000 | 0.30 | 81.00 | 1 | Review allegations in complaint relating to emotional distress damages to prepare for Rule 37 conference with opposing counsel. |
| 05/05/2025 | 00253 | Champaign Community Unit School District | 000051 | Wilcher v Champaign CUSD 4 et al24cv2240 | L390 | 10000 | 0.30 | 81.00 | 1 | Telephone conference with Plaintiff's counsel regarding outstanding discovery issues. |
| 05/09/2025 | 00253 | Champaign Community Unit School District | 000051 | Wilcher v Champaign CUSD 4 et al24cv2240 | L390 | 10000 | 0.60 | 162.00 | 1 | Review case law in preparation for drafting Rule 37 letter regarding outstanding medical records and related discovery dispute. |
| 05/15/2025 | 00253 | Champaign Community Unit School District | 000051 | Wilcher v Champaign CUSD 4 et al24cv2240 | L390 | 10000 | 1.90 | 513.00 | 1 | Review research on case law to support our position on discovery and revise Rule 37 correspondence to reflect same. |
| 05/15/2025 | 00253 | Champaign Community Unit School District | 000051 | Wilcher v Champaign CUSD 4 et al24cv2240 | L310 | 10000 | 0.70 | 189.00 | 1 | Draft and revise requests for admission to plaintiff. |
| 06/11/2025 | 00253 | Champaign Community Unit School District | 000051 | Wilcher v Champaign CUSD 4 et al24cv2240 | L250 | 10000 | 2.90 | 783.00 | 1 | Revise motion to compel and add additional argument related to recent discussions with Plaintiff's Counsel. |
| 06/12/2025 | 00253 | Champaign Community Unit School District | 000051 | Wilcher v Champaign CUSD 4 et al24cv2240 | L250 | 10000 | 1.60 | 432.00 | 1 | Conduct research for case law in support of motion to compel. |
| 06/13/2025 | 00253 | Champaign Community Unit School District | 000051 | Wilcher v Champaign CUSD 4 et al24cv2240 | L350 | 10000 | 0.80 | 216.00 | 1 | Revise motion to compel. |
| 06/13/2025 | 00253 | Champaign Community Unit School District | 000051 | Wilcher v Champaign CUSD 4 et al24cv2240 | L350 | 10000 | 0.20 | 54.00 | 1 | Draft email correspondence to Plaintiff's counsel in final attempt to resolve discovery dispute pursuant to Rule 37 prior to filing motion to compel. |
| 06/16/2025 | 00253 | Champaign Community Unit School District | 000051 | Wilcher v Champaign CUSD 4 et al24cv2240 | L310 | 10000 | 0.20 | 54.00 | 1 | Analyze Plaintiff's response to requests for admission. |
| 06/20/2025 | 00253 | Champaign Community Unit School District | 000051 | Wilcher v Champaign CUSD 4 et al24cv2240 | L350 | 10000 | 0.60 | 162.00 | 1 | Revise motion to compel to include most recent communications with Plaintiff's counsel. |
| 06/30/2025 | 00253 | Champaign Community Unit School District | 000051 | Wilcher v Champaign CUSD 4 et al24cv2240 | L350 | 10000 | 0.20 | 54.00 | 1 | Draft email correspondence to Plaintiff's counsel regarding pending motion to compel and potential resolution. |
| 07/08/2025 | 00253 | Champaign Community Unit School District | 000051 | Wilcher v Champaign CUSD 4 et al24cv2240 | L350 | 10000 | 0.70 | 189.00 | 1 | Analyze Plaintiff's response to the motion to compel. |
| 09/25/2025 | 00253 | Champaign Community Unit School District | 000051 | Wilcher v Champaign CUSD 4 et al24cv2240 | L310 | 10000 | 0.10 | 27.00 | 1 | Draft email correspondence to Plaintiff's counsel regarding ongoing discovery dispute. |
| 09/26/2025 | 00253 | Champaign Community Unit School District | 000051 | Wilcher v Champaign CUSD 4 et al24cv2240 | L240 | 10000 | 0.60 | 162.00 | 1 | Conduct research regarding potential motion to dismiss base on failure to comply with court order. |

EXHIBIT A TO KANE DECLARATION

| Date | | | | | | | | Description |
|---|---|---|---|---|---|---|---|---|
| 09/26/2025 | 00253 | Champaign Community Unit School District | 000051 | Wilcher v Champaign CUSD 4 et al24cv2240 | L310 | 10000 | 0.40 | 108.00 | 1 | Rule 37 conference with Plaintiff's counsel. |
| 10/01/2025 | 00253 | Champaign Community Unit School District | 000051 | Wilcher v Champaign CUSD 4 et al24cv2240 | L250 | 10000 | 1.80 | 486.00 | 1 | Conduct research in support of motion for sanctions. |
| 10/02/2025 | 00253 | Champaign Community Unit School District | 000051 | Wilcher v Champaign CUSD 4 et al24cv2240 | L250 | 10000 | 2.10 | 567.00 | 1 | Draft motion to dismiss or for alternative relief. |
| 10/03/2025 | 00253 | Champaign Community Unit School District | 000051 | Wilcher v Champaign CUSD 4 et al24cv2240 | L250 | 10000 | 1.00 | 270.00 | 1 | Review case law in support of motion to dismiss or for alternative relief. |
| 10/06/2025 | 00253 | Champaign Community Unit School District | 000051 | Wilcher v Champaign CUSD 4 et al24cv2240 | L250 | 10000 | 1.80 | 486.00 | 1 | Draft motion to dismiss or for alternative relief. |
| 10/06/2025 | 00253 | Champaign Community Unit School District | 000051 | Wilcher v Champaign CUSD 4 et al24cv2240 | L250 | 10000 | 0.70 | 189.00 | 1 | Conduct research in support of motion to dismiss or for alternative relief. |
| 10/16/2025 | 00253 | Champaign Community Unit School District | 000051 | Wilcher v Champaign CUSD 4 et al24cv2240 | L250 | 10000 | 0.90 | 243.00 | 1 | Revise motion to dismiss or for alternative relief. |
| 10/16/2025 | 00253 | Champaign Community Unit School District | 000051 | Wilcher v Champaign CUSD 4 et al24cv2240 | L250 | 10000 | 1.10 | 297.00 | 1 | Conduct research on claim for attorneys fees and revise motion to dismiss or for alternative relief related to same. |
| | | | | | | | **22.10** | **5,967.00** | | |

EXHIBIT A TO KANE AFFIDAVIT

**WebTime Query Report**

0346 - Reva G. Ghadge

| Date | Client | Client Name | Matter | Matter Description | SM/Task | Service | Hours | Billable Amount | Rate | Narrative |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/06/2025 | 00253 | Champaign Community Unit School District | 000051 | Wilcher v Champaign CUSD 4 et al24cv2240 | L390 | 10000 | 1.80 | 450.00 | 1 | Legal research regarding ability to request medical records and to information regarding damages for emotional distress for potential motion to compel. |
| 05/12/2025 | 00253 | Champaign Community Unit School District | 000051 | Wilcher v Champaign CUSD 4 et al24cv2240 | L390 | 10000 | 0.60 | 150.00 | 1 | Draft letter to cure discovery deficienceis under Federal Rule of Civil Procedure Rule 37 |
| 05/13/2025 | 00253 | Champaign Community Unit School District | 000051 | Wilcher v Champaign CUSD 4 et al24cv2240 | L390 | 10000 | 2.50 | 625.00 | 1 | Review current discovery responses and communications to Plaintiff's counsel; complete draft of Rule 37 letter. |
| 05/13/2025 | 00253 | Champaign Community Unit School District | 000051 | Wilcher v Champaign CUSD 4 et al24cv2240 | L390 | 10000 | 1.00 | 250.00 | 1 | Legal research regarding Rule 37 letter on outstanding discovery requests, and underlying claims. |
| 05/15/2025 | 00253 | Champaign Community Unit School District | 000051 | Wilcher v Champaign CUSD 4 et al24cv2240 | L390 | 10000 | 0.30 | 75.00 | 1 | Draft requests for admission for enclosure with Rule 37 letter. |
| 06/02/2025 | 00253 | Champaign Community Unit School District | 000051 | Wilcher v Champaign CUSD 4 et al24cv2240 | L250 | 10000 | 2.20 | 550.00 | 1 | Draft motion to compel plaintiff's responses to discovery requests on medical and mental health records. |
| 06/03/2025 | 00253 | Champaign Community Unit School District | 000051 | Wilcher v Champaign CUSD 4 et al24cv2240 | L250 | 10000 | 1.20 | 300.00 | 1 | Draft motion to compel plaintiff's responses to discovery requests on medical and mental health records. |
| 06/17/2025 | 00253 | Champaign Community Unit School District | 000051 | Wilcher v Champaign CUSD 4 et al24cv2240 | L390 | 10000 | 0.20 | 50.00 | 1 | Review pleadings for additional facts to include on motion to compel. |
| | | | | | | | **9.80** | **2,450.00** | | |

EXHIBIT A TO KANE AFFIDAVIT

**WebTime Query Report**

0047 - Sally J. Scott

| Date | Client | Client Name | Matter | Matter Description | SM/Task | Service | Hours | Billable Amount | Rate | Narrative |
|------|--------|-------------|--------|--------------------|---------|---------|-------|-----------------|------|-----------|
| 10/15/2025 | 00253 | Champaign Community Unit School District | 000051 | Wilcher v Champaign CUSD 4 et al24cv2240 | L210 | 10000 | 1.00 | 270.00 | 1 | Review strategy regarding motion to compel and for sanctions |
| | | | | | | | **1.00** | **270.00** | | |

EXHIBIT A TO KANE AFFIDAVIT

# FRANCZEK

300 SOUTH WACKER DRIVE, SUITE 3400 | CHICAGO, IL 60606
T: 312.986.0300 | F: 312.986.9192 | FRANCZEK.COM

May 28, 2025

Victoria Carpenter
Liberty Mutual Insurance
909 E. Southeast Loop 323
Tyler, TX  75701

Invoice No.       239673
Client No.        ▮▮▮▮
Matter No.        ▮▮▮▮



## INVOICE SUMMARY

### For Professional Services Rendered Through April 30, 2025

RE:  **Katina Wilcher v. Champaign Unit 4 School District, et al; USDC ND of IL No. 24 cv 2240**
**Claim Number** ▮▮▮▮▮
**Date of Incident:**     06/24/2022

| | |
|---|---|
| Professional Services | $ 2,430.00 |
| Expenses Incurred | $ .00 |
| **TOTAL THIS INVOICE** | **$ 2,430.00** |

EXHIBIT B TO KANE DECLARATION

# FRANCZEK

Champaign Community Unit School District
Client.Matter No. ███████

May 28, 2025
Invoice No. 239673

**PROFESSIONAL SERVICES**

| Date | Tkpr | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 4/23/25 | CKK | L310 | A108 | Follow up with Plaintiff's counsel regarding deficiencies in discovery for the purpose of determining if motion to compel is needed. | .20 | 54.00 |
| 4/29/25 | CKK | L390 | A108 | Telephone conference with J. Franklin regarding outstanding discovery issues related to medical. | .20 | 54.00 |

**TOTAL PROFESSIONAL SERVICES**                      **$ 2,430.00**

EXHIBIT B TO KANE DECLARATION

# FRANCZEK

Champaign Community Unit School District                    May 28, 2025
Client.Matter No. ███████                                   Invoice No. 239673

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Tkpr | Hours | Rate | Total |
|------|------|-------|------|-------|
| Sally J. Scott | SJS | .40 | 270.00 | 108.00 |
| Caroline K. Kane | CKK | 8.60 | 270.00 | 2,322.00 |
| **Total** | | **9.00** | | **$ 2,430.00** |

**TOTAL THIS INVOICE**                                      **$ 2,430.00**

EXHIBIT B TO KANE DECLARATION

# FRANCZEK

300 SOUTH WACKER DRIVE, SUITE 3400 | CHICAGO, IL 60606
T: 312.986.0300 | F: 312.986.9192 | FRANCZEK.COM

June 30, 2025

Victoria Carpenter, Claims Specialist
Liberty Mutual Insurance
909 E. Southeast Loop 323
Tyler, TX  75701

Invoice No.        240316
Client No.
Matter No.

## INVOICE SUMMARY

### For Professional Services Rendered Through May 31, 2025

RE:  **Katina Wilcher v. Champaign Unit 4 School District, et al; USDC ND of IL No. 24
cv 2240**
**Claim Number**
**Date of Incident:        06/24/2022**

| | |
|---|---|
| Professional Services | $ 2,630.00 |
| Expenses Incurred | $ .00 |
| **TOTAL THIS INVOICE** | **$ 2,630.00** |

EXHIBIT B TO KANE DECLARATION

# FRANCZEK

Champaign Community Unit School District
Client.Matter No ███████████

June 30, 2025
Invoice No. 240316

## PROFESSIONAL SERVICES

| Date | Tkpr | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 5/02/25 | CKK | L310 | A103 | Draft email correspondence to Plaintiff's counsel regarding outstanding discovery issues related to medical issues. | .20 | 54.00 |
| 5/05/25 | CKK | L390 | A104 | Review allegations in complaint relating to emotional distress damages to prepare for Rule 37 conference with opposing counsel | .30 | 81.00 |
| 5/05/25 | CKK | L390 | A108 | Telephone conference with Plaintiff's counsel regarding outstanding discovery issues. | .30 | 81.00 |
| 5/06/25 | RGG | L390 | A102 | Legal research regarding ability to request medical records and to information regarding damages for emotional distress for potential motion to compel. | 1.80 | 450.00 |
| 5/09/25 | CKK | L390 | A104 | Review case law for drafting Rule 37 letter regarding outstanding medical records and related discovery dispute. | .60 | 162.00 |
| 5/12/25 | RGG | L390 | A103 | Draft letter to cure discovery deficiencies under Federal Rule of Civil Procedure Rule 37. | .60 | 150.00 |
| 5/13/25 | RGG | L390 | A103 | Review current discovery responses and communications to Plaintiff's counsel; complete draft of Rule 37 letter. | 2.50 | 625.00 |
| 5/13/25 | RGG | L390 | A102 | Legal research regarding Rule 37 letter on outstanding discovery requests, and underlying claims. | 1.00 | 250.00 |
| 5/15/25 | CKK | L390 | A103 | Review research on case law to support our position on discovery and revise Rule 37 correspondence to reflect same. | 1.90 | 513.00 |
| 5/15/25 | CKK | L310 | A103 | Draft and revise requests for admission to plaintiff. | .70 | 189.00 |
| 5/15/25 | RGG | L390 | A103 | Draft requests for admission for enclosure with Rule 37 letter. | .30 | 75.00 |

**TOTAL PROFESSIONAL SERVICES**    **$ 2,630.00**

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Tkpr | Hours | Rate | Total |
|------|------|-------|------|-------|
| Reva Ghadge | RGG | 6.20 | 250.00 | 1,550.00 |
| Caroline K. Kane | CKK | 4.00 | 270.00 | 1,080.00 |
| **Total** | | **10.20** | | **$ 2,630.00** |

**TOTAL THIS INVOICE**    **$ 2,630.00**

EXHIBIT B TO KANE DECLARATION

# FRANCZEK

300 SOUTH WACKER DRIVE, SUITE 3400  |  CHICAGO, IL 60606
T: 312.986.0300  |  F: 312.986.9192  |  FRANCZEK.COM



July 29, 2025

Victoria Carpenter, Claims Specialist
Liberty Mutual Insurance
909 E. Southeast Loop 323
Tyler, TX  75701

Invoice No.         241010
Client No.
Matter No.

---

## INVOICE SUMMARY

## For Professional Services Rendered Through June 30, 2025

**RE:**  **Katina Wilcher v. Champaign Unit 4 School District, et al; USDC ND of IL No. 24
cv 2240**
**Claim Number**
**Date of Incident:**       **06/24/2022**

|  |  |
|---|---|
| Professional Services | $ 2,655.00 |
| Expenses Incurred | $ .00 |
| **TOTAL THIS INVOICE** | **$ 2,655.00** |

EXHIBIT B TO KANE DECLARATION

# F RANCZEK

Champaign Community Unit School District
Client.Matter No ███████

July 29, 2025
Invoice No. 241010

**PROFESSIONAL SERVICES**

| Date | Tkpr | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 6/02/25 | RGG | L250 | A103 | Draft motion to compel plaintiff's responses to discovery requests on medical and mental health records. | 2.20 | 550.00 |
| 6/03/25 | RGG | L250 | A103 | Draft motion to compel plaintiff's responses to discovery requests on medical and mental health records. | 1.20 | 300.00 |
| 6/11/25 | CKK | L250 | A103 | Revise motion to compel and add additional argument related to recent discussions with Plaintiff's Counsel. | 2.90 | 783.00 |
| 6/12/25 | CKK | L250 | A102 | Conduct research for case law in support of motion to compel. | 1.60 | 432.00 |
| 6/13/25 | CKK | L350 | A103 | Revise motion to compel. | .80 | 216.00 |
| 6/13/25 | CKK | L350 | A108 | Draft email correspondence to Plaintiff's counsel in final attempt to resolve discovery dispute pursuant to Rule 37 prior to filing motion to compel. | .20 | 54.00 |
| 6/16/25 | CKK | L310 | A104 | Analyze Plaintiff's response to requests for admission. | .20 | 54.00 |
| 6/17/25 | RGG | L390 | A102 | Review pleadings for additional facts to include on motion to compel. | .20 | 50.00 |
| 6/20/25 | CKK | L350 | A103 | Revise motion to compel to include most recent communications with Plaintiff's counsel. | .60 | 162.00 |
| 6/30/25 | CKK | L350 | A108 | Draft email correspondence to Plaintiff's counsel regarding pending motion to compel and potential resolution. | .20 | 54.00 |

**TOTAL PROFESSIONAL SERVICES** **$ 2,655.00**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Tkpr | Hours | Rate | Total |
|------|------|-------|------|-------|
| Reva Ghadge | RGG | 3.60 | 250.00 | 900.00 |
| Caroline K. Kane | CKK | 6.50 | 270.00 | 1,755.00 |
| **Total** | | **10.10** | | **$ 2,655.00** |

**TOTAL THIS INVOICE** **$ 2,655.00**

EXHIBIT B TO KANE DECLARATION

# FRANCZEK

300 SOUTH WACKER DRIVE, SUITE 3400  |  CHICAGO, IL 60606
T: 312.986.0300  |  F: 312.986.9192  |  FRANCZEK.COM

August 27, 2025

Victoria Carpenter, Claims Specialist
Liberty Mutual Insurance
909 E. Southeast Loop 323
Tyler, TX  75701

Invoice No.        241635
Client No.
Matter No.

## INVOICE SUMMARY

### For Professional Services Rendered Through July 31, 2025

**RE:**  **Katina Wilcher v. Champaign Unit 4 School District, et al; USDC ND of IL No. 24
cv 2240**
**Claim Number** ▮▮▮▮▮▮
**Date of Incident:**        **06/24/2022**

| | |
|---|---|
| Professional Services | $ 2,646.00 |
| Expenses Incurred | $ .00 |
| **TOTAL THIS INVOICE** | **$ 2,646.00** |

EXHIBIT B TO KANE DECLARATION

# FRANCZEK

Champaign Community Unit School District
Client.Matter No. ████████

August 27, 2025
Invoice No. 241635

## PROFESSIONAL SERVICES

| Date | Tkpr | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 7/08/25 | CKK | L350 | A104 | Analyze Plaintiff's response to the motion to compel. | .70 | 189.00 |

|  |  |
|--|--|
| **TOTAL PROFESSIONAL SERVICES** | **$ 2,646.00** |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Tkpr | Hours | Rate | Total |
|------|------|-------|------|-------|
| Caroline K. Kane | CKK | 9.80 | 270.00 | 2,646.00 |
| **Total** |  | **9.80** |  | **$ 2,646.00** |

| **TOTAL THIS INVOICE** | **$ 2,646.00** |
|-------------------------|---------------|

EXHIBIT B TO KANE DECLARATION

# FRANCZEK

300 SOUTH WACKER DRIVE, SUITE 3400  |  CHICAGO, IL 60606
T: 312.986.0300  |  F: 312.986.9192  |  FRANCZEK.COM

October 23, 2025

Victoria Carpenter, Claims Specialist
Liberty Mutual Insurance
909 E. Southeast Loop 323
Tyler, TX  75701

Invoice No.          243192
Client No.
Matter No.

## INVOICE SUMMARY

## For Professional Services Rendered Through September 30, 2025

**RE:**   **Katina Wilcher v. Champaign Unit 4 School District, et al; USDC ND of IL No. 24
cv 2240
Claim Number**
**Date of Incident:**      **06/24/2022**

| | |
|---|---|
| Professional Services | $ 1,678.00 |
| Expenses Incurred | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,678.00** |

Electronic Invoice

EXHIBIT B TO KANE DECLARATION

# FRANCZEK

Champaign Community Unit School District
Client.Matter No. ██████████

October 23, 2025
Invoice No. 243192

**PROFESSIONAL SERVICES**

| Date | Tkpr | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| | | | | | | |
| 9/25/25 | CKK | L310 | A108 | Draft email correspondence to Plaintiff's counsel regarding ongoing discovery dispute. | .10 | 27.00 |
| 9/26/25 | CKK | L240 | A102 | Conduct research regarding potential motion to dismiss base on failure to comply with court order. | .60 | 162.00 |
| 9/26/25 | CKK | L310 | A108 | Rule 37 conference with Plaintiff's counsel. | .40 | 108.00 |
| | | | | | | |

**TOTAL PROFESSIONAL SERVICES**                **$ 1,678.00**

EXHIBIT B TO KANE DECLARATION

# FRANCZEK

Champaign Community Unit School District

Client.Matter No. ███████

October 23, 2025

Invoice No. 243192

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Tkpr | Hours | Rate | Total |
|------|------|-------|------|-------|
| Caroline K. Kane | CKK | 5.40 | 270.00 | 1,458.00 |
| Patrick Nally | PJN | 1.10 | 200.00 | 220.00 |
| **Total** | | **6.50** | | **$ 1,678.00** |

**TOTAL THIS INVOICE**            **$ 1,678.00**

EXHIBIT B TO KANE DECLARATION

# FRANCZEK

300 SOUTH WACKER DRIVE, SUITE 3400  |  CHICAGO, IL 60606
T: 312.986.0300  |  F: 312.986.9192  |  FRANCZEK.COM



November 25, 2025

Victoria Carpenter, Claims Specialist
Liberty Mutual Insurance
909 E. Southeast Loop 323
Tyler, TX  75701

Invoice No.        244032
Client No.
Matter No.

---

## INVOICE SUMMARY

### For Professional Services Rendered Through October 31, 2025

RE:  **Katina Wilcher v. Champaign Unit 4 School District, et al; USDC ND of IL No. 24 cv 2240**
**Claim Number**
**Date of Incident:**        **06/24/2022**

| | |
|---|---|
| Professional Services | $ 2,808.00 |
| Expenses Incurred | $ .00 |
| **TOTAL THIS INVOICE** | **$ 2,808.00** |

EXHIBIT B TO KANE DECLARATION

## FRANCZEK

Champaign Community Unit School District
Client.Matter No. ███████████

November 25, 2025
Invoice No. 244032

**PROFESSIONAL SERVICES**

| Date | Tkpr | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 10/01/25 | CKK | L250 | A102 | Conduct research in support of motion for sanctions. | 1.80 | 486.00 |
| 10/02/25 | CKK | L250 | A103 | Draft motion to dismiss or for alternative relief. | 2.10 | 567.00 |
| 10/03/25 | CKK | L250 | A102 | Review case law in support of motion to dismiss or for alternative relief. | 1.00 | 270.00 |
| 10/06/25 | CKK | L250 | A103 | Draft motion to dismiss or for alternative relief. | 1.80 | 486.00 |
| 10/06/25 | CKK | L250 | A102 | Conduct research in support of motion to dismiss or for alternative relief. | .70 | 189.00 |
| 10/15/25 | SJS | L210 | A104 | Review strategy regarding motion to compel and for sanctions. | 1.00 | 270.00 |
| 10/16/25 | CKK | L250 | A103 | Revise motion to dismiss or for alternative relief. | .90 | 243.00 |
| 10/16/25 | CKK | L250 | A102 | Conduct research on claim for attorneys fees and revise motion to dismiss or for alternative relief related to same. | 1.10 | 297.00 |

**TOTAL PROFESSIONAL SERVICES**          **$ 2,808.00**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Tkpr | Hours | Rate | Total |
|------|------|-------|------|-------|
| Sally J. Scott | SJS | 1.00 | 270.00 | 270.00 |
| Caroline K. Kane | CKK | 9.40 | 270.00 | 2,538.00 |
| **Total** | | **10.40** | | **$ 2,808.00** |

**TOTAL THIS INVOICE**          **$ 2,808.00**

EXHIBIT B TO KANE DECLARATION

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

KATINA WILCHER,

Plaintiff,

v.

CHAMPAIGN UNIT 4 SCHOOL DISTRICT, the
BOARD OF EDUCATION OF CHAMPAIGN
UNIT 4 SCHOOL DISTRICT, SHEILA
BOOZER, and KEN KLEBER,

Defendants.

Case No. 2:24-cv-02240-CSB-EIL

**DECLARATION OF SALLY J. SCOTT IN SUPPORT OF DEFENDANTS'
PETITION FOR ATTORNEYS' FEES**

1.      I am a Partner at Franczek P.C. and provide legal representation to Champaign Community Unit School District #4 in the above captioned matter. I am responsible for reviewing the time entries and billing statements for all invoices sent to the District.

2.      I reviewed the actual time entries and billing statements to the District in connection with our defense of this matter.

3.      As set forth in Defendant's Petition for Attorneys' Fees and its attachments, I devoted 1.0 hour of billable time to this matter to review the strategy regarding the motion to compel and for sanctions. A true and accurate copy of my billing entry related to the same is reflected in **Exhibit A** and **Exhibit B** to this Petition.

4.      I have over thirty years of experience in labor and employment law. My hourly rate billed for this matter is $270 per hour, which is the rate set by the insurance company for this matter and which the insurance company has determined to be reasonable and appropriate for this type of litigation.

3475238.1

EXHIBIT 2

5.      All of the charges Defendants incurred were appropriate and necessary in order to compel Plaintiff to comply with discovery and in bringing both the Motion to Compel and the pending Motion to Dismiss.

I declare under penalty of perjury, that the foregoing is true and correct.

_____
Sally J. Scott

Dated: January 9, 2026

EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | |
|---|---|
| KATINA WILCHER,<br><br>     Plaintiff,<br><br>  v.<br><br>CHAMPAIGN UNIT 4 SCHOOL DISTRICT,<br>the BOARD OF EDUCATION OF<br>CHAMPAIGN UNIT 4 SCHOOL DISTRICT,<br>SHEILA BOOZER, and KEN KLEBER,<br>     Defendants. | Case No. 2:24-cv-02240-CSB-EIL |

**DECLARATION OF REVA GHADGE IN SUPPORT OF DEFENDANTS'
PETITION FOR ATTORNEYS' FEES**

1. I am an Associate Attorney at Franczek P.C.

2. I reviewed the actual time entries and billing statements to Defendants in connection with our defense of this matter.

3. As set forth in Defendant's Petition for Attorneys' Fees and in its attachments, I devoted 9.8 hours of billable time to this matter. This includes researching case law in support of Defendant's position regarding the medical records being withheld by Plaintiff as well as drafting written communications to Plaintiff regarding same. It also includes drafting certain portions of the motion to compel. A true and accurate copy of my billing entries related to the same are reflected in **Exhibit A** and **Exhibit B** to this Petition.

4. I have five years of litigation experience. My hourly rate of $250 in this matter is set by the insurance company and reflects what the insurance company has determined to be customary and reasonable for an associate for this type of litigation.

I declare under penalty of perjury, that the foregoing is true and correct.

3475236.2

EXHIBIT 3

Reva Ghadge

Dated: January 9, 2026

EXHIBIT 3