# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

KATINA WILCHER,

        Plaintiff,

v.

CHAMPAIGN UNIT 4 SCHOOL DISTRICT, the BOARD OF EDUCATION OF CHAMPAIGN UNIT 4 SCHOOL DISTRICT, SHEILA BOOZER, and KEN KLEBER,

        Defendants.

Case No. 24-cv-02240

## PROPOSED AMENDED SCHEDULING ORDER

Plaintiff KATINA WILCHER and Defendants CHAMPAIGN COMMUNITY UNIT SCHOOL DISTRICT NO. 4, BOARD OF EDUCATION OF CHAMPAIGN COMMUNITY UNIT SCHOOL DISTRICT NO. 4, SHELIA BOOZER, and KEN KLEBER hereby submit the following Proposed Amended Scheduling Order pursuant to December 18, 2025 minute entry.

1. All discovery is to be completed by **April 30, 2026**.

2. The deadline for filing case dispositive motions shall be **June 30, 2026.**

Respectfully submitted,

| | |
|---|---|
| KATINA WILCHER, Plaintiff | CHAMPAIGN COMMUNITY UNIT SCHOOL DISTRICT NO. 4, BOARD OF EDUCATION OF CHAMPAIGN COMMUNITY UNIT SCHOOL DISTRICT NO. 4, SHELIA BOOZER, and KEN KLEBER, Defendants |
| BY: /s/ Jamie S. Franklin | |
| Jamie S. Franklin<br>C-K Law Group<br>565 West Adams Street<br>Suite 600<br>Chicago, IL 60661<br>Jfranklin5@kentlaw.iit.edu | BY: /s/ Caroline K. Kane<br>Caroline K. Kane (ARDC No. 6324144)<br>ckk@franczek.com<br>Franczek P.C.<br>300 South Wacker Drive<br>Suite 3400<br>Chicago, IL 60606<br>(312) 986-0300 |

3475634.1

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2026, I electronically filed the foregoing **Proposed Amended Scheduling Order**, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Jamie S. Franklin
>C-K Law Group
>565 West Adams Street
>Suite 600
>Chicago, IL 60661
>Jfranklin5@kentlaw.iit.edu

>/s/ Caroline K. Kane
>Caroline K. Kane