E-FILED
Thursday, 02 April, 2026  01:46:40 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | | |
|---|---|---|
| **KATINA WILCHER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 24-CV-2240** |
| | ) | |
| **CHAMPAIGN UNIT 4 SCHOOL DIST., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

A Report and Recommendation (#32) was filed by Magistrate Judge Eric I. Long in the above cause on March 18, 2026.  On April 1, 2026, Plaintiff filed her Memorandum in Opposition to Defendants' Petition for Attorney's Fees (#34), which also functioned as a partial objection to the Report and Recommendation on the issue of whether Plaintiff should be sanctioned under Federal Rule of Civil Procedure 37 for discovery-related matters.  Following this court's careful de novo review of the Magistrate Judge's reasoning and Plaintiff's objection, this court agrees with and accepts the Magistrate Judge's Report and Recommendation (#32).

Defendants' Motion to Dismiss or for Alternative Relief (#26) is GRANTED in part and DENIED in part.  Defendants are awarded reasonable expenses and attorney's fees incurred in bringing the Motion to Compel (#18) and Motion to Dismiss (#26).  Plaintiff is to pay those fees and expenses incurred by Defendants from the date after the Requests for Admission related to the medical records. Defendants' request for dismissal as a sanction is denied.  This matter is referred back to the magistrate judge to consider Defendants' Petition (#30) and Plaintiff's arguments in her in Memorandum in Opposition (#34) in determining the appropriate amount of attorney's fees.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#32) is accepted by this court.

(2) Defendants' Motion to Dismiss or for Alternative Relief (#26) is GRANTED in part and DENIED in part.

(3) This matter is referred to the Magistrate Judge for further proceedings in accordance with this Order.

ENTERED this 2nd day of April, 2026.

s/ COLIN S. BRUCE
CHIEF U.S. DISTRICT JUDGE