E-FILED
Thursday, 16 April, 2026  02:23:29 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

KATINA WILCHER,

          Plaintiff,

    v.

CHAMPAIGN UNIT 4 SCHOOL DISTRICT,
the BOARD OF EDUCATION OF
CHAMPAIGN UNIT 4 SCHOOL DISTRICT,
SHEILA BOOZER, and KEN KLEBER,

          Defendants.

Case No. 2:24-cv-02240-CSB-EIL

**MOTION FOR LEAVE TO WITHDRAW
HAILEY M. GOLDS AS ATTORNEY FOR DEFENDANTS**

Defendants' undersigned attorney moves the Court to withdraw the appearance of Hailey M. Golds on behalf of Defendants, and states as follows:

1.      On October 22, 2024, Attorney Golds filed an appearance on behalf of Defendants. Dkt. No. 4.

2.      On February 20, 2026, Ms. Golds resigned from Franczek P.C. Defendant will continue to be represented in this matter by Caroline K. Kane, attorney from Franczek P.C.

WHEREFORE, Defendants hereby request that the Court grant the request to withdraw Hailey M. Golds as counsel for Defendants.

Dated: April 16, 2026

Respectfully submitted,

**CHAMPAIGN COMMUNITY UNIT SCHOOL
DISTRICT NO. 4, and BOARD OF
EDUCATION OF CHAMPAIGN
COMMUNITY UNIT SCHOOL DISTRICT NO.
4,** Defendants.

By: */s/ Caroline K. Kane - 6324144*

          One of Their Attorneys

Caroline K. Kane (ckk@franczek.com)
Franczek P.C.
300 S. Wacker Drive, Suite 3400
Chicago, IL 60606
(312) 986-0300

## CERTIFICATE OF SERVICE

This is to certify that on April 16, 2026, I electronically filed a true and correct copy of the foregoing **DEFENDANTS' MOTION TO WITHDRAW HAILEY M. GOLDS AS ATTORNEY FOR DEFENDANTS** with the Clerk of the Court using the CM/ECF Filing System, which will send notification of such filing to all parties of record, namely:

> Jamie S. Franklin
> C-K Law Group
> 565 West Adams Street
> Suite 600
> Chicago, IL 60661
> Jfranklin5@kentlaw.iit.edu

*/s/ Caroline K. Kane*

3