E-FILED
Wednesday, 01 July, 2026  01:48:26 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | |
|---|---|
| **KATINA WILCHER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| **v.** ) | **Case No. 24-CV-2240** |
| ) | |
| **CHAMPAIGN UNIT 4 SCHOOL DISTRICT,** ) | |
| **et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

A Report and Recommendation (#47) was filed by the Magistrate Judge in the above cause on May 5, 2026.  More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made.  See 28 U.S.C. § 636(b)(1).  The Recommendation of the Magistrate Judge is, therefore, accepted by the court.  See *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#47) is accepted by this court.

(2) Defendants' Petition for Attorneys' Fees (#30) is GRANTED in part and DENIED in part.  Defendants are awarded $5,949.00 in fees.

(3) This matter is referred to the Magistrate Judge for further proceedings in accordance with this Order.

ENTERED this 1st day of July, 2026.

s/ COLIN S. BRUCE
CHIEF U.S. DISTRICT JUDGE